**Reginald B. STEWART,**
**Plaintiff–Appellant,**

v.

**UNITED STATES of America,**
**Defendant–Appellee,**

and

**Celina M. Inman; Valerie A.**
**Hutton, Defendants.**

**No. 14–1306.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 22, 2014.

Decided: Oct. 8, 2014.

Eden Brown Gaines, Brown Gaines, LLC, White Plains, Maryland, for Appellant. Rod J. Rosenstein, United States Attorney, Victor M. Lawrence, Special Assistant United States Attorney; Baltimore, Maryland, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald B. Stewart appeals the district court's order denying his request for limited discovery and dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stewart v. United States,* No. 8:13–cv–03610–PWG (D.Md. Mar. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*